| UNITED STATES BANKRUPTCY COURT<br>*District of NEW JERSEY, CAMDEN, Division* | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if Individual, enter Last, First, Middle)<br>**Williams,  Omar** | Name of the Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in last 6 years<br>(Include married, maiden and trade names) | All Other Names used by the Joint Debtor in last 6 years<br>(Include married, maiden and trade names) |
| Social Security / Tax ID #  (If more than one, state all)<br>**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** | Social Security / Tax ID #     (If more than one, state all)<br>**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** |
| Street Address of Debtor (No.  & street, city, state, zip)<br>**2101 Reamer Drive<br>Apt. 2300**<br><br>**Barrington**                              NJ08007 | Street Address of Debtor (No.  & street, city, state, zip) |
| County of Residence of Debtor or Principal Place of Business<br>**Camden** | County of Residence of Debtor or Principal Place of Business |
| Mailing Address of the Debtor (if different from street address) | Mailing Address of the Debtor (if different from street address) |

| Location of Principal Asset of Business Debtor<br>(if differnet from street address above:) |
|---|

## INFORMATION REGARDING THE DEBTOR (Check the Applicable Boxes)

**VENUE (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately
    preceeding the date of this petition or for a longer part of such 180 days than any other district.

[  ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under**<br>**which the Petition is Filed**      (Check one box) | |
|---|---|---|---|
| (•) Individual | ( ) Railroad | (•) 7 Liquidation   ( ) 11 Reorganization   ( ) 13 Debt Adjustment | |
| ( ) Corporation | ( ) Stockbroker | ( ) 9 Municipal     ( ) 12 Farmer | |
| ( ) Partnership | ( ) Commodity Broker | ( ) Sec. 304 - Case ancillary to foreign proceeding | |
| ( ) Other | | | |

| **Nature of Debts**   (Check one box)<br>(•) Consumer     ( ) Business     ( ) Both | **Filing Fee (Check one box)**<br>[X] Full Filing Fee Attached<br>[ ] Filing fee to be paid in installments (Applicable to individuals only) |
|---|---|
| **Chapter 11 Small Business**    (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. Sec.101<br>[ ] Debtor is and elects to be considered as small business<br>    under 11 U.S.C. Sec. 1121(e)(optional) | Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments. Rule 1006(b).<br>See official Form No.3 |

Statistical/Administrative Information (Estimates only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there
will be No funds available for distribution to unsecured creditors.

COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1million | $1,000,001 to<br>$10million | $10,000,001 to<br>$50million | $50,000,001 to<br>$100million | More than<br>$100million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1million | $1,000,001 to<br>$10million | $10,000,001 to<br>$50million | $50,000,001 to<br>$100million | More than<br>$100million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Copyright (C) www.Bankruptcy Master.com  1986-2003,  All Rights Reserved    (609) 951-9775
Exclusively Licensed to :  David Paul Daniels

MODIFIABLE INFORMATION IN BOLD PRINT

(Official Form 1) (9/01)

**Voluntary Petition**

Debtor
Williams, Omar

FORM B1, Page 2

| PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS | | |
|---|---|---|
| Location<br>Where filed **None** | Case Number: | Date filed: |

| PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE | | |
|---|---|---|
| Name of Debtor:<br>District | Case Number:<br>Relationship | Date filed:<br>Judge: |

## Signatures

**Signature of Debtor Individual**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under 7 of such title.

Debtor requests relief in accordance with the chapter of title 11 United States Code specified in this petition.

/S/  **Williams, Omar**                    Date:10/10/2005

**Williams, Omar**

/S/                                        Date:10/10/2005

Telephone  (if not represented by attorney)

**Signature of Attorney**

/S/  **David Paul Daniels, A Prof. Corp.**          Date:

**David Paul Daniels, A Prof. Corp.        DD6272**

Address

**By David P. Daniels, Esq.**

**3300 Federal Street**

**Camden, NJ 08105**

Telephone  **856-338-0411**

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title Of Authorized Individual

Date:  ___/___/___

**Exhibit A**

To be declared if the debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

[ ]  Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

/S/  **David Paul Daniels, A Prof. Corp.**          10/10/2005

Signature of Attorney                          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[  ] Yes, and Exhibit C is attached and made a part of this petition.
[ X ] No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec 110, that I prepared this document for compensation, and I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document.
If more that one person prepared this document, attach additional sheets confirming to the appropriate official form for each person.

_____
Signature of Authorized Individual
Date: ___/___/___

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Fedral Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C sec.110; 18 U.S.C. sec.156.

IN RE: Case 05-55943-JHW    Doc 1    Filed 10/15/05    Entered 10/15/05 18:26:50    Desc Main
**Williams, Omar**                     Document    Page 3 of 33                Case #:

**Debtor**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

Prior to the commencement of a case the clerk is required to provide individual debtor(s) whose debts are primarily consumer debts written notice indicating each Chapter of Title 11 under which said individual may proceed. (See Sec 342)

NOTICE:

1. You are notified that as an individual with regular income, who on the date of the petition owned non-contingent, liquidated, unsecured debts of less than $290,525.00 and non-contingent, liquidated, secured debts of less than $871,550.00 and who is not a stock broker or commodity broker you may proceed under Chapter 13 and use future income to pay all or a portion of your existing debts.

2. You are eligible to proceed under Chapter 7 - Liquidation, whereby debts are eliminated and non-exempt assests are liquidated by the trustee for the benefit of your Creditors.

3. You are eligible to proceed under Chapter 11 - for debt reorganization.

4. You are eligible to proceed under Chapter 12 - if you are a family farmer with regular annual income.

5. You are not eligible to proceed under Chapter  9.

6. All general filing is subject to 11 USC Sec 109(f), 727(a)(8) and (9), and 707(b). Consult your attorney.

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

CLERK OF THE COURT

ACKNOWLEDGEMENT OF RECEIPT OF THIS NOTICE

We hereby certify that we have received and read the foregoing written Notice.

Executed on   10/10/2005

Signature: **/s/  Williams,  Omar**

**Williams,  Omar**

Signature: **/s/**

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
## CAMDEN DISTRICT OF NEW JERSEY

In re:  **Omar Williams**                                    Case No. _____

**Debtor**                                                          **(if known)**

## STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $9,000.00 | 2005 |
| $20,000.00 | 2004 |
| $11,000.00 | 2003 |

### 2.  Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
|  |  |

### 3.  Payments to creditors

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of creditor | Dates of payments | Amount paid | Amount still owing |
|---|---|---|---|
| None |  |  |  |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of the creditor and relationship to the debtor | Date of the payment | Amount paid | Amount still owing |
|---|---|---|---|
| None | | | |

## 4.  Suits, executions, garnishments and attachments

a.  List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of the suit and case number | Nature of proceeding | Court & location | Status or disposition |
|---|---|---|---|
| | | | |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of person for whose benefit property was seized | Date of seizure | Description and value of the property |
|---|---|---|
| | | |

## 5.  Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name & address of creditor or seller | Date of repossession, foreclosure sale, transfer or return | Description and value of property |
|---|---|---|
| Credit Acceptance Corp. P.O. Box 513 Southfield, MI 48037 | 1/1/05 | 1995 Chevrolet Suburban |

## 6.  Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of assignee | Date of assignment | Terms of assignment or settlement |
|---|---|---|
| None | | |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of custodian | Name & location of court, case title & number | Date of order | Description and value of property |
|---|---|---|---|
| None | | | |

## 7.  Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name & address of person or organization | Relationship to the debtor if any | Date of gift | Description and value of gift |
|---|---|---|---|
| None | | | |

## 8.  Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and value of property | Description of circumstances and if loss was covered in whole or part by insurance, give particulars | Date of loss |
|---|---|---|
| None | | |

## 9.  Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and address of payee | Date of payment, name of payor if other than debtor | Amount of money or description and value of property |
|---|---|---|
| David Paul Daniels<br>Attorneys At Law<br>3300 Federal Street<br>Camden, NJ 08105 | 10/10/05 | $291.00 |

## 10.  Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of transferee, relationship to the debtor | Date | Describe property transferred and value received |
| --- | --- | --- |
| None | | |

## 11.  Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of institution | Type and number of account and amount of final balance | Amount and date of sale or closing |
| --- | --- | --- |
| South Jersey Federal Credit Union Market St., Camden, NJ | Savings & Checking $-50.00 | 2/05 |

## 12.  Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of bank or other depository | Name and address of those with access to box or depository | Description of contents | Date of transfer or surrender if any |
| --- | --- | --- | --- |
| None | | | |

## 13.  Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and address of creditor | Date of setoff | Amount of setoff |
| --- | --- | --- |
| None | | |

## 14.  Property held for another person

List all property owned by another person that the debtor holds or controls.

| Name and address of owner | Description and value of property | Location of property |
| --- | --- | --- |
| None | | |

### 15. Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name used | Dates of occupancy |
|---------|-----------|--------------------|
| None    |           |                    |

### 16. Spouse and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| Name |
|------|
| **None** |

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Invoice | Environmental Law |
|-----------------------|---------------------------------------|-----------------|-------------------|
| **None**              |                                       |                 |                   |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Invoice | Environmental Law |
|-----------------------|---------------------------------------|-----------------|-------------------|
| **None**              |                                       |                 |                   |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Date of Invoice | Environmental Law |
|---------------------------------------|-----------------|-------------------|

| None | | |
|---|---|---|

## 18.  Nature, location and Name of Business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Name | Tax Payer ID | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
| **None** | | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|
| **None** | |

## 19.  Books, records and financial statements

a.  List all bookkeepers and accountants who within six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and address | Dates services rendered |
|---|---|
| None | |

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates services rendered |
|---|---|---|
| None | | |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records area not available, explain.

| Name | Address |
|---|---|
| None | |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| Name and address | Date issued |
|---|---|
| None | |

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of inventory | Inventory supervisor | Dollar amount of inventory (Specify cost, market or other basis) |
|---|---|---|
| None | | |

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| Date of inventory | Name and address of custodian of inventory records |
|---|---|
| None | |

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and address | Nature of interest | Percentage of interest |
|---|---|---|
| None | | |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and address | Title | Nature and percentage of stock ownership |
|---|---|---|
| None | | |

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| Name | Address | Date of withdrawal |
|---|---|---|
| None | | |

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| Name and address | Title | Date of termination |
|---|---|---|
| None | | |

## 23.  Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| Name & address of recipient, relationship to debtor | Date & purpose of withdrawal | Amount of money or description & value of property |
|---|---|---|
| None | | |

## 24.  Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period**      immediately preceding the commencement of the case.

| Name of the Parent Corporation | Tax Payer identification Number |
|---|---|
| None | |

## 25.  Pension Funds

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the  commencement of the case.

| Name of the Pension Fund | Tax Payer identification Number |
|---|---|
| None | |

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    October 10, 2005_____        /s/ Omar Williams_____
                                                Signature of Debtor


Date    _____                     _____
                                                Signature of Joint Debtor
                                                (if any)


_____

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C § 110, and that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.


_____
_____
Address


Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
 Signature of Bankruptcy Petition Preparer                        Date


*A bankruptcy petition preparer's failure to comply with the provisions of the title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

[If completed on behalf of a partnership or corporation]

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date    _____                     _____
                                                Signature
                                                Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

UNITED STATES BANKRUPTCY COURT

District of NEW JERSEY, CAMDEN, Division

| IN RE: **Williams, Omar** | Case #: |
|---|---|
| **Debtor** | |

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Prejury at the end.

GENERAL INSTRUCTIONS:- Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A-Real Property | Y | 1 | $0.00 | | |
| B-Personal Property | Y | 2 | $3,000.00 | | |
| C-Property Claimed as Exempt | Y | 1 | | | |
| D-Creditors Holding Secured Claims | Y | 1 | | $0.00 | |
| E-Creditors Holding Unsecured Priority Claims | Y | 1 | | $0.00 | |
| F-Creditors Holding Unsecured Non-Priority Claims | Y | 3 | | $27,678.00 | |
| G-Executory Contracts & Unexpired Leases | Y | 1 | | | |
| H-Codebtors | Y | 1 | | | |
| I-Current Income of Individual Debtors | Y | 1 | | | $1,517.00 |
| J-Current Expenditures of Individual Debtors | Y | 1 | | | $1,510.00 |
| Total Number of Sheets of All Schedules | | 13 | | | |
| | Total of Assets | | $3,000.00 | | |
| | Total of Liabilities | | | $27,678.00 | |

IN RE: **Williams, Omar**                                          Case #:

**Debtor**

## S C H E D U L E        A  -  REAL PROPERTY

| Description of Property & Location | Nature of Debtor Interest in Property and Equity | H.W.J.C.I | Current Market Value of Debtor's Interest in Property without Deducting any secured claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
|  |  |  |  |  |

# S C H E D U L E    B  -  PERSONAL PROPERTY

| ID | Type of Property / Location of Property | None | Description of Property | H W J C I | Current Market Value of Debtor's Interest in Property without Deducting any secured claim or Exemption |
|---|---|---|---|---|---|
| 01 | | None | | N | |
| 02 | DEPOSITS AT BANK | None | | N | |
| 03 | SECURITY DEPOSITS W /UTILITIES | None | | N | |
| 04 | HOUSEHOLD GOODS<br>2101 Reamer Drive, Barrington, NJ | | Furniture | I | 2,000.00 |
| 05 | BOOKS PICTURES, ETC. | None | | N | |
| 06 | WEARING APPAREL<br>2101 Reamer Drive, Barrington, NJ | | Clothing | I | 1,000.00 |
| 07 | FURS & JEWELRY | None | | N | |
| 08 | FIREARMS & HOBBY EQUIPMENT | None | | N | |
| 09 | INTEREST IN INSURANCE POLICIES | None | | N | |
| 10 | ANNUITIES | None | | N | |
| 11 | INTEREST IN IRA, ERISA, KEOGH | None | | N | |
| 12 | STOCKS INCORPORATED BUSINES | None | | N | |
| 13 | INTEREST IN PARTNERSHIP ETC. | None | | N | |
| 14 | GOVERNMENT, CORPORATE BOND | None | | N | |
| 15 | ACCOUNTS RECEIVABLE | None | | N | |
| 16 | ALIMONY, MAINTENANCE, SUPPOR | None | | N | |
| 17 | OTHER LIQUIDATED DEBTS | None | | N | |
| 18 | EQUITABLE & FUTURE INTERESTS | None | | N | |
| 19 | CONT/NON-CONTINGENT INTEREST | None | | N | |
| 20 | CONTINGENT LIQUIDATED CLAIMS | None | | N | |

| 21 | PATENTS, COPYRIGHTS, ETC. | None | N |
|---|---|---|---|
| 22 | LICENCES, FRANCHISES, ETC. | None | N |
| 23 | AUTOMOBILES, TRUCKS, ETC. | None | N |
| 24 | BOATS, MOTORS, ACCESSORIES | None | N |
| 25 | AIRCRAFT & ACCESSORIES | None | N |
| 26 | OFFICE EQPT., FURNISHING ETC. | None | N |
| 27 | MACHINERY, FIXTURES EQPT. ETC. | None | N |
| 28 | INVENTORY | None | N |
| 29 | ANIMALS | None | N |
| 30 | CROPS-GROWING OR HARVESTED | None | N |
| 31 | FARMING EQUIPMENT | None | N |
| 32 | FARM SUPPLIES, CHEMICALS, ETC. | None | N |
| 33 | OTHER PERSONAL PROP ANY KIND | None | N |

Total of all Personal Property          **$3,000.00**

IN RE: **Williams, Omar**

Case #:

**Debtor**

---

## S C H E D U L E        C  -  PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

[ X ] 11 USC Sec 522(b)(1): Exemptions provided in 11 U.S.C. Sec 522(d).  Note:  These exemptions are available only in certain states.

[   ] 11 USC Sec 522(b)(2): Exemptions available under nonbankruptcy federal laws, state or local laws where debtor's domicile has been
located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180-day period than
in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent of the interest
is exempt from the process under applicable nonbankruptcy laws.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property without Deducting Exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS**<br>**Furniture** | **11 USC 522(d)(3)** | **2,000.00** | **2,000.00** |
| **WEARING APPAREL**<br>**Clothing** | **11 USC 522(d)(3)** | **1,000.00** | **1,000.00** |

Total Amount Claimed Exempt          **$3,000.00**

IN RE: **Williams, Omar**

Case #:

**Debtor**

---

## S C H E D U L E    D  -  CREDITORS HOLDING SECURED CLAIMS

[     ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

IN RE: **Williams, Omar**                                                                                    Case #:

**Debtor**

## S C H E D U L E        E  -  CREDITORS HOLDING UNSECURED PRIORITY

[   ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extentions of credit in an involuntary case**     Claims arising  in  the ordinary  course  of  the  debtor's  business  or  financial  affairs  after  the
commencement  of  the  case  but  before  the  earlier  of  the  appointment of  a  trustee  or  the  order for relief.    11 U.S.C. Sec 507(a)(2).

[ ] **Wages, salaries, and commissions**     Wages, salaries, and commissions, including vacation, severance and sick leave pay owing to employees,
and commissions  owing to qualifying independent sales representatives up to $4,650* per person, earned  within  90 days  immediately  preceding
the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. Sec.507(a)(3).

[ ] **Contributions to employee benefit plans**     Money  owed  to  employee  benefit  plans  for  services  rendered  within  180 days  immediately
preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C.Sec.507(a)(4).

[ ] **Certain farmers and fishermen**     Claims  of  certain  farmers  and  fisherman,  up to  $4,650* per  farmer  or  fisherman,  against  the  debtor,  as
provided in 11 U.S.C. Sec.507(a)(5).

[ ] **Deposits by individuals**     Claims  of  individuals up to $2,100* for deposits for the purchase, lease, or rental of property  or  services  for  personal,
family, or household use, that were not delivered or provided. 11 U.S.C. Sec.507(a)(6).

[ ] **Alimony, Maintenance, or Support**     Claims of a spouse,  former  spouse, or child of  the debtor for  alimony, maintenance,  or support,  to  the
extent provided in 11 U.S.C Sec. 507(a)(7).

[ ] **Taxes and certain other debts owned to govermental units**         Taxes, customs  duties, and penalties  owing of  federal, state,   and  local
governmental units as set forth in 11 U.S.C.Sec.507(a)(8).

[ ] **Commitment to Maintain the Capital of an Insure Depository Institution**         Claims based on commitments to the FDIC, RTC, Director of the
Office  of  Thrift  Supervision, Comptroller of the Currency, or Board of Governors of the  Federal  Reserve  System, or their  predecessors or
successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec 507(a)(9).

* Amount are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.

IN RE: **Williams, Omar**                                    Case #:

**Debtor**

## S C H E D U L E     F  -  CREDITORS HOLDING UNSECURED CLAIMS

[   ] Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Acct: | Amount of Claim | **225.00** |
|---|---|---|
| Name: **A-1 Collection Service** | Date Claim was Incurred | |
| P.O. Box 7387 | What for | **COLLECTIONS** |
| W. Trenton, NJ 08628-0387 | Nature | **INDIVIDUAL** |
| | | ☐ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

| Acct: | Amount of Claim | **525.00** |
|---|---|---|
| Name: **Apex Asset Management LLC** | Date Claim was Incurred | |
| P.O. Box 7044 | What for | **COLLECTIONS** |
| Lancaster, PA 17604-7044 | Nature | **INDIVIDUAL** |
| | | ☐ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

| Acct: | Amount of Claim | **95.00** |
|---|---|---|
| Name: **AZ Finance Inc.** | Date Claim was Incurred | |
| 5610 E. Burns St. | What for | **LOAN** |
| Tuscon, AZ 85711 | Nature | **INDIVIDUAL** |
| | | ☐ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

| Acct: | Amount of Claim | **167.00** |
|---|---|---|
| Name: **Collectech Systems Inc.** | Date Claim was Incurred | |
| 3000 Corporate Exchange | What for | **COLLECTIONS** |
| Columbus, OH 43231 | Nature | **INDIVIDUAL** |
| | | ☐ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

| Acct: | Amount of Claim | **7,980.00** |
|---|---|---|
| Name: **Credit Acceptance Corporation** | Date Claim was Incurred | |
| P.O. Box 513 | What for | **AUTO DEFICIENCY** |
| Southfield, MI 48037 | Nature | **INDIVIDUAL** |
| | | ☒ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

| Acct: | Amount of Claim | **723.00** |
|---|---|---|
| Name: **Credit Protect Association** | Date Claim was Incurred | |
| 13355 Noel Rd. | What for | **COLLECTIONS** |
| Dallas, TX 75240 | Nature | **INDIVIDUAL** |
| | | ☐ CO-Debtors |
| Memo: | CUD ○ Contingent ○ Unliquidated ○ Disputed | |

IN RE: **Williams, Omar**                                                                                      Case #:

**Debtor**

| | | | |
|---|---|---|---|
| Acct: | 1001026000771 | Amount of Claim | **4,497.00** |
| Name: | **Credit Solutions, LLC** | Date Claim was Incurred | |
| | **P.O. Box 1241** | What for | **COLLECTIONS** |
| | **Metairie, LA 70004-1241** | Nature | **INDIVIDUAL** |
| | | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | | Amount of Claim | **2,455.00** |
| Name: | **Financial Recoveries** | Date Claim was Incurred | |
| | **800 Kings Highway North** | What for | **MEDICAL SERVICES** |
| | **Cherry Hill, NJ  08034** | Nature | **INDIVIDUAL** |
| | | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | 423196 | Amount of Claim | **100.00** |
| Name: | **IC System, Inc** | Date Claim was Incurred | |
| | **P.O. Box 64378** | What for | **COLLECTIONS** |
| | **Saint Paul. MN 55164** | Nature | **INDIVIDUAL** |
| | | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | | Amount of Claim | **286.00** |
| Name: | **Marlin Intergrated** | Date Claim was Incurred | |
| | **100 Glen St.** | What for | **CONSUMER CREDIT** |
| | **Suite 300** | Nature | **INDIVIDUAL** |
| | **Glen Falls, NY 12801-4433** | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | | Amount of Claim | **3,267.00** |
| Name: | **Medclear** | Date Claim was Incurred | |
| | **PO Box 8547** | What for | **MEDICAL SERVICES** |
| | **Philadelphia, PA 19101-8547** | Nature | **INDIVIDUAL** |
| | | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | | Amount of Claim | **902.00** |
| Name: | **NCO Financial Systems, Inc** | Date Claim was Incurred | |
| | **PO Box 41417** | What for | **COLLECTIONS** |
| | **Dept. 99** | Nature | **INDIVIDUAL** |
| | **Philadelphia, PA 19101** | | ☐ CO-Debtors |
| Memo: | | CUD  ○ Contingent  ○ Unliquidated  ○ Disputed | |

IN RE: **Williams, Omar**

Case #:

**Debtor**

| | | |
|---|---|---|
| Acct: | Amount of Claim | **339.00** |
| Name: **OSI Collection Services** | Date Claim was Incurred | |
| **P.O. Box 987** | What for | **COLLECTIONS** |
| **Brookfield, WI 53008-0987** | Nature | **INDIVIDUAL** |
| | ☐ CO-Debtors | |

Memo:

CUD  ◯ Contingent  ◯ Unliquidated  ◯ Disputed

| | | |
|---|---|---|
| Acct: **QAR1VIRTOP096** | Amount of Claim | **352.00** |
| Name: **Quality Asset Recovery** | Date Claim was Incurred | |
| **7 Forster Avenue** | What for | **COLLECTIONS** |
| **Suite 101** | Nature | **INDIVIDUAL** |
| **Gibbsboro, NJ 08026** | ☐ CO-Debtors | |

Memo:

CUD  ◯ Contingent  ◯ Unliquidated  ◯ Disputed

| | | |
|---|---|---|
| Acct: **QAR1VIRTOP147** | Amount of Claim | **845.00** |
| Name: **Quality Asset Recovery** | Date Claim was Incurred | |
| **7 Forster Avenue** | What for | **COLLECTIONS** |
| **Suite 101** | Nature | **INDIVIDUAL** |
| **Gibbsboro, NJ 08026** | ☐ CO-Debtors | |

Memo:

CUD  ◯ Contingent  ◯ Unliquidated  ◯ Disputed

| | | |
|---|---|---|
| Acct: | Amount of Claim | **4,848.00** |
| Name: **Sallie Mae** | Date Claim was Incurred | |
| **P.O. Box 9500** | What for | **STUDENT LOAN** |
| **Wilkes Barre, PA 18773-9500** | Nature | **INDIVIDUAL** |
| | ☐ CO-Debtors | |

Memo:

CUD  ◯ Contingent  ◯ Unliquidated  ◯ Disputed

| | | |
|---|---|---|
| Acct: | Amount of Claim | **72.00** |
| Name: **Unique National Collection** | Date Claim was Incurred | |
| **119 E. Maple St.** | What for | **COLLECTIONS** |
| **Jeffersonville, IN 47130** | Nature | **INDIVIDUAL** |
| | ☐ CO-Debtors | |

Memo:

CUD  ◯ Contingent  ◯ Unliquidated  ◯ Disputed

None of the above claims is contingent, disputed, unliquidated, subject to setoff, unless otherwise stated.

| | |
|---|---|
| Total Unsecured Debt | **$27,678.00** |
| Total Number of Creditors | **17** |

IN RE: **Williams, Omar**                                                                    Case #:

**Debtor**

## S C H E D U L E    G  -  EXECUTORY CONTRACTS AND UNEXPIRED LE

[    ] Check this box if debtor has no executory contracts or unexpired leases.

IN RE: **Williams, Omar**                                                                                          Case #:

**Debtor**

## S C H E D U L E    H  -  CODEBTORS

[   ] Check this box if debtor has no codebtors.

Name & address of Codebtor | Name & address of Creditor

| **Jenavisa Vannockay** | **Credit Acceptance Corporation** |
| **436 Velde Ave., At. 2** | **P.O. Box 513** |
| **Delair, NJ 08110** | **Southfield, MI 48037** |

Total Number of Creditors            **1**

IN RE: **Williams, Omar**                                                 Case #:

**Debtor**

| Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | NAME | AGE | RELATIONSHIP TO DEBTOR |
| | Dependent Names Withheld | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Chef** | |
| Name of Employer | **Olive Garden** | |
| Length of Employment | **4 months** | |
| Address of Employer | **2314 Route 38** | |
| | **Cherry Hill, NJ 08002** | |

| Income per Month | Debtor | Spouse |
|---|---|---|
| Gross Income per Month | **1,820.00** | **0.00** |
| Estimated Overtime | **0.00** | **0.00** |
| Subtotal | **1,820.00** | **0.00** |
| Less PAYROLL Deductions  -  (Information contained on Payroll stub) | | |
| a.  Withholding | **303.00** | **0.00** |
| b.  Payroll Insurance | **0.00** | **0.00** |
| c.  Credit Union | **0.00** | **0.00** |
| d.  Union Due | **0.00** | **0.00** |
| e.  Retirement | **0.00** | **0.00** |
| f   Other Deductions | **0.00** | **0.00** |
| Subtotal | **303.00** | **0.00** |
| TAKE HOME PAY | **1,517.00** | **0.00** |
| Other Income | | |
| Business /Profession | **0.00** | **0.00** |
| Property | **0.00** | **0.00** |
| Interest | **0.00** | **0.00** |
| Social Security | **0.00** | **0.00** |
| Alimony for Debtor | **0.00** | **0.00** |
| Alimony for Dependents | **0.00** | **0.00** |
| Pension Plan | **0.00** | **0.00** |
| Other Income | **0.00** | **0.00** |
| | **0.00** | **0.00** |
| Subtotal | **0.00** | **0.00** |
| TOTAL ESTIMATED INCOME | | |
| CURRENT INCOME | **1,517.00** | **0.00** |
| TOTAL COMBINED MONTHLY INCOME | **$1,517.00** | |

IN RE: **Williams, Omar**

Case #:

**Debtor**

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

[ ]  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditure labeled "Spouse"

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment  [ ] Are real estate taxes included?  [ ] Is property insurance included? | | | **580.00** |

| | | | |
|---|---:|---|---:|
| Utilities Electricity | **125.00** | | |
| Gas/Oil | **125.00** | | |
| Water | **0.00** | | |
| Telephone | **100.00** | | |
| Cable | **0.00** | | |
| Sewer | **0.00** | | |
| Trash | **0.00** | | |
| Others | **0.00** | TOTAL Utilities | **350.00** |

| | | | |
|---|---:|---|---:|
| Home Maintenance (Repair and Upkeep) | **0.00** | | |
| Food | **300.00** | | |
| Clothing | **50.00** | | |
| Laundry and Cleaning | **50.00** | | |
| Medical, dental and medicine (uninsured) | **100.00** | | |
| Transportation (not including auto payments) | **80.00** | | |
| Recreation, clubs and entertainment | **0.00** | | |
| Charitable contributions | **0.00** | TOTAL Other Expense | **580.00** |

| | | | |
|---|---:|---|---:|
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or Renter's | **0.00** | | |
| Life | **0.00** | | |
| Health | **0.00** | | |
| Auto | **0.00** | | |
| Other | **0.00** | TOTAL Insurance Expenses | **0.00** |

| | | | |
|---|---:|---|---:|
| Taxes  (not deducted from wages or included in home mortgage payments) | **0.00** | | |
| Installment payments: Auto | **0.00** | | |
| Others | **0.00** | | |
| | **0.00** | | |
| Alimony, maintenance, or support payments | **0.00** | | |
| Payments for support of addl. dependents not living at home | **0.00** | | |
| Regular expenses of business/profession/farm | **0.00** | | |
| Education (Including tuition and school books) | **0.00** | | |
| Newspapers, periodicals and books | **0.00** | | |
| Child's day care expenses | **0.00** | | |
| Emergency expenses | **0.00** | | |
| Misc.Payments | **0.00** | | |
| | **0.00** | TOTAL Other Payments | **0.00** |

| | | |
|---|---|---:|
| TOTAL ESTIMATED CURRENT MONTHLY EXPENSES (Report also on Summary of Schedules)  >>>>>>>> | | **$1,510.00** |

| | | |
|---|---:|---|
| A.  Total projected monthly income | **$1,517.00** | |
| B.  Total projected monthly expenses | **$1,510.00** | |
| C.  EXCESS INCOME  (A-B) | **$7.00** | |
| D.  Total Amount to be paid into plan each Month. | **N/A** | |

| IN RE: **Williams, Omar** | Case #: |
|---|---|
| **Debtor** | |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I Williams, Omar                              declare

Under the penalty of perjury that we have read the foregoing schedule and any attachment, consisting of 13 sheets in all, and that they

are true and correct to the best of our knowledge, information and belief.

Date:  10/10/2005                                   /S/  Williams,  Omar
                                                    Signature  **Williams,  Omar**

Date   10/10/2005                                   /S/
                                                    Signature

                                                    [ If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON ATTORNEY BANK PETITION PREPARER (see 11 U.S.C SEC 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec 110, that I prepared this document for compensation, and

that I have provided the debtor with the copy of this document.

_____              _____
Printed or Typed Name of the Bankruptcy Preparer                    Social Security #

_____

_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the approporiate official form for each

person.

_____              _____
Signature of Bankruptcy Preparer                                    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may

result in fines or imprisonment or both. 11 U.S.C. Sec 156

IN RE: **Williams, Omar**                                                      Case #:

**Debtor**

---

## STATEMENT PURSUANT TO SECTION 521(2)
## DEBTORS CONSOLIDATED STATEMENT OF INTENTIONS

The Debtors intend to retain all property claimed exempt in Schedule C filed in this case.

# CREDITORS HOLDING SECURITY

The Debtors intend the following with respect to the collateral that secures each claim of the Creditor(s) named below.

The performance of such intention will be accomplished within forty five (45) days of the date, of filing of this statement

with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

[  ]  None

---

Notice of Intentions

IN RE: **Williams, Omar**

Case #:

**Debtor**

---

## STATEMENT PURSUANT TO SECTION 521(2)
## DEBTORS CONSOLIDATED STATEMENT OF INTENTIONS

---

UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF INDIVIDUAL TO SCHEDULE OF CONSUMER DEBTS SECURED BY PROPERTY

OF THE ESTATE AND NOTICE OF INTENTION.

We the undersigned Petitioners declare under the penalty of perjury that we have read the foregoing Notice of Intentions with respect to

secured debts and that it is true and correct to the best of our knowledge and information and belief.

Signed :  /s/                                    /s/

**Williams,  Omar**

| IN RE: **Williams, Omar** | Case #: |
|---|---|
| **Debtor** | |

## DISCLOSURE OF COMPENSATION

The undersigned stated the following:

1. The undersigned is the Attorney for the Debtors in this case.

2. The compensation paid or agreed to be paid by the Debtor to the undersigned is  **$1,000.00** plus filing fee and costs of  **$209.00**

   (a) for legal services rendered under paragraph 4,

   (b) prior to filing this statement, Debtor has paid  **$291.00**

   (c) the unpaid balance due and payable is  **$709.00**

3. **$209.00** for the filing fee in this case has been paid.

4. The services rendered or to be rendered include the following:

   (a) Analysis of the financial situation, and rendering advice and assistance to the Debtors in determining whether to file a petition under Title 11 of the United States Code.

   (b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the Court.

   (c) Representation of the Debtors at the first meeting of creditors.

   (d) Preparation of the creditors mailing list.

   (e) Representation of the debtor(s) at the hearing on confirmation (if applicable)

5. All other services rendered including, but not limited to, representation in adversary proceeding, representation at motions to modify or lift stay, other extra services shall be at an hourly rate of  **$300.00** . These additional services shall be subject to and fixed by the order of the court.

6. The source of payments made by debtor to the undersigned was from earnings/fixed income and compensation for services performed. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings/fixed income for services performed.

7. The undersigned has received no transfer, assignment or pledge of property except as herein stated.

8. The undersigned has not shared or agreed to share with any other person, other than with members of the undersigned's law firm, any compensation paid or to be paid.

9. The undersigned certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy proceedings.

Executed on:  10/10/2005

Signature:  **/s/    David Paul Daniels, A. Prof. Corp.**
_____
**David Paul Daniels, A. Prof. Corp.**         Court ID **DD6272**

Address   **By David P. Daniels, Esq.**
**3300 Federal Street**
**Camden, NJ 08105**

Tele:  **856-338-0411**

A-1 Collection Service
Account Number
P.O. Box 7387
W. Trenton, NJ 08628-0387


Apex Asset Management LLC
Account Number
P.O. Box 7044
Lancaster, PA 17604-7044


AZ Finance Inc.
Account Number
5610 E. Burns St.
Tuscon, AZ 85711


Collectech Systems Inc.
Account Number
3000 Corporate Exchange
Columbus, OH 43231


Credit Acceptance Corporation
Account Number
P.O. Box 513
Southfield, MI 48037


Credit Protect Association
Account Number
13355 Noel Rd.
Dallas, TX 75240


Credit Solutions, LLC
1001026000771
P.O. Box 1241
Metairie, LA 70004-1241

Financial Recoveries
Account Number
800 Kings Highway North
Cherry Hill, NJ  08034


IC System, Inc
423196
P.O. Box 64378
Saint Paul. MN 55164


Marlin Intergrated
Account Number
100 Glen St.
Suite 300
Glen Falls, NY 12801-4433

Medclear
Account Number
PO Box 8547
Philadelphia, PA 19101-8547


NCO Financial Systems, Inc
Account Number
PO Box 41417
Dept. 99
Philadelphia, PA 19101

OSI Collection Services
Account Number
P.O. Box 987
Brookfield, WI 53008-0987


Quality Asset Recovery
QAR1VIRTOP096
7 Forster Avenue
Suite 101
Gibbsboro, NJ 08026

Sallie Mae
Account Number
P.O. Box 9500
Wilkes Barre, PA 18773-9500


Unique National Collection
Account Number
119 E. Maple St.
Jeffersonville, IN 47130